IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KALIM A.R. MUHAMMAD, etc., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION 11-0690-WS-B |
| | ) |
| BRENDA BETHEL-MUHAMMAD, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on the plaintiff's motion for partial summary judgment, (Doc. 212), motion for judgment as a matter of law, (Doc. 213), motion for summary judgment, (Doc. 214), and motion to reject or deny premature motion for summary judgment. (Doc. 215). As demonstrated in other orders of the Court and the Magistrate Judge, each of these motions is facially baseless, and each is thus **denied**.

DONE and ORDERED this 7th day of October, 2013.

s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE