IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KALIM A.R. MUHAMMAD, etc., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION 11-0690-WS-B |
| ) | |
| BRENDA BETHEL-MUHAMMAD, et al.,) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

In accordance with the Court's orders of May 21, 2012, November 28, 2012, and October 7, 2013, the plaintiff shall recover nothing from defendants Dallas County Department of Human Resources, Alabama Department of Human Resources, LaJenna Hatcher, Robert Armstrong and Paul Vaughan Russell. Pursuant to Federal Rule of Civil Procedure 58, judgment is hereby entered in favor of these defendants and against plaintiff Kalim A.R. Muhammad and the Family of Kalim A.R. Muhammad.

DONE this 7th day of October, 2013.

s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE